UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| ASHLEY MAI COOK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-025-DCLC-SKL |
| | ) | |
| GLORIA FISHER, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

s/LeAnna Wilson
CLERK OF COURT